UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

DEBVONNE LAMAR MARSH,

        Plaintiff,                    Case No. 2:16-cv-167

v.                                          Honorable Paul L. Maloney

CORIZON MEDICAL SERVICES,

        Defendants.
_____/

## JUDGMENT

      In accordance with the Opinion filed this date:

      IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  October 5, 2016            /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge